IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL WHALEY, ID # 645333,        ) | |
|     Petitioner,        ) | |
| vs.        ) | No. 3:09-CV-0888-B |
|         ) | |
| NATHANIEL QUARTERMAN, Director,        ) | |
| Texas Department of Criminal        ) | |
| Justice, Correctional Institutions Division,        ) | |
|     Respondent.        ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation petitioner is hereby **WARNED** that, if he files another successive habeas petition without first obtaining leave from the Fifth Circuit Court of Appeals, he will be subject to sanctions, up to and including monetary sanctions payable to the Court and being barred from filing any additional habeas actions in federal court without first obtaining permission from the Court. By separate judgment, the Court formally dismisses this action for lack of jurisdiction.

SIGNED this   2nd   day of   June  , 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE